Honorable Judge Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>  v.<br><br>HERBERT DEAN SCOTT JR.,<br><br>    Defendant. | No. 2:21-cr-00108-RSM-8<br><br>ORDER TO SEAL |

The court, having considered the defense motion to seal Defendant Scott's Attachment A of the sentencing memorandum, and good cause having been shown, hereby orders that said pleading shall be sealed.

DATED this 19th day of April, 2022

[signature]

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

PROPOSED ORDER TO SEAL- 1
Case No. 2:21-cr-00108-RSM-8

**LAW OFFICE OF ROBERT FLENNAUGH II, PLLC**
720 Third Avenue, Suite 2105
Seattle, WA 98104
(206) 447-7422